## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCOS RAMIREZ MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI Sandstone,<br><br>Respondent. | Civil No. 25-529 (JRT/ECW)<br><br><br>**ORDER** |

Marcos Ramirez Martinez, Reg. No. 09506-506, FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072, *pro se* petitioner.

Ana H Voss, Trevor Brown, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated March 12, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Marcos Ramirez Martinez (ECF No. 1) is **DENIED**.

2. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 30, 2025
at Minneapolis, Minnesota

                                                             s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                          United States District Judge